JS-6

1  ROUTH CRABTREE OLSEN, P.S.
2  Edward T. Weber, Esq., SBN 194963
   Shahed Shahandeh, Esq., SBN 249668
3  Kathy Shakibi, Esq., SBN 237182
4  505 N. Tustin Ave., Suite 243
   Santa Ana, CA 92705
5  Tel: (714) 277-4893; Fax: (425) 283-0945
6  kshakibi@rcolegal.com

7

8  RCO No.: 7190.62953
   Attorneys for Plaintiff,
9  FEDERAL HOME LOAN MORTGAGE
10 CORPORATION

11
                UNITED STATES DISTRICT COURT
12
                CENTRAL DISTRICT OF CALIFORNIA
13
                WESTERN DIVISION- LOS ANGELES
14

15
   FEDERAL HOME LOAN              ) Case No.: 2:10-CV-02548-R-FFM
16 MORTGAGE CORPORATION, ITS      )
17 ASSIGNEES AND/OR SUCCESSORS    ) *[Honorable Manuel L. Real]*
   IN INTEREST,                   )
18                                )
                                  )  **ORDER ON ORDER TO SHOW**
19             Plaintiff,         )  **CAUSE**
                                  )  **RE: REMAND**
20       vs.                      )
21                                ) Hearing:
   MARTA a. RIVERA, and Does 1-50,, ) Date: August 2, 2010
22 Inclusive.                     ) Time:  11:00 A.M
23                                ) Dept: 8
              Defendants.         )
24                                )
                                  )
25                                )
26 _____ )
27       TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, IF ANY:
28       On August 2, 2010, in Department "8" of the above-referenced Court
   located at 312 N. Spring Street, Los Angeles, California 90012, the Court's Order

                                    1
                            ORDER  8-2-2010

1 | to Show Cause re: Remand for Lack of Jurisdiction came on regularly for hearing.
2 | Kathy Shakibi appeared on behalf of Plaintiff, Federal Home Loan Mortgage
3 | Corporation.  Defendant did not appear.  Honorable, Manuel L. Real, the judge
4 | presiding.  The Court for good cause shown ruled as follows:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

- The Court orders the action remanded to state court for lack of federal jurisdiction.

Date: September 27, 2010       _____

Judge of the District Court